FILED

NOV 24 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WEATHERS, | Case No. C 14-4842 LHK (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| ALLENBY, et al., | |
| Defendants. | |

On October 31, 2014, plaintiff, a civil detainee proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Coalinga State Hospital. Coalinga lies in Fresno County.[1] Because Fresno County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the Eastern District of California. *See* 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 11/21/14

LUCY H. KOH
United States District Judge

---

[1] This matter was transferred to this court on November 19, 2014.

Order of Transfer
P:\PRO-SE\LHK\CR.14\Weathers842transfer.wpd